# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 15-14714 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RUTH ALICE COLWELL | | | | Date Filed (f) or Converted (c): | 12/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/06/2016 |
| For Period Ending: | 06/30/2019 | | | | Claims Bar Date: | 04/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1235 Beissinger Road, Hamilton, Ohio 45013 | 135,530.00 | 0.00 | OA | 0.00 | FA |
| 2. 2008 Nissan Altima | 6,081.00 | 0.00 | OA | 0.00 | FA |
| 3. household good and furnishings; not one item is wt | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. personal clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. miscellaneous jewelry | 700.00 | 0.00 | | 0.00 | FA |
| 6. First Financial Bank Checking | 300.00 | 0.00 | | 0.00 | FA |
| 7. SERS | 16,068.57 | 0.00 | | 0.00 | FA |
| 8. State Farm Tern policy-Debtor received | 0.00 | 0.00 | | 0.00 | FA |
| 9. Debtors father passed in January 2015; there has b | Unknown | 7,681.00 | | 0.00 | 7,681.00 |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $160,979.57 | $7,681.00 | $0.00 | $7,681.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

want to see tax returns - received 4/15/16 ok
received email from attorney that she would handle father's estate 1/19/16
sent letter to attorney 4/7/16 requesting details regarding the estate
sent follow-up letter regarding estate 5/18/16
sent followup letter 3/10/17
sent followup letter 5/04/17
received email from attorney that they are moving forward with administering the estate and will keep us updated 5/26/17
sent letter for update on 10/18/17
letter 2/14/18
2/28/18 response from attorney with update
5/30/18 letter asking for when funds could be disbursed
followup on details regarding the estate of father 6/20/18
/email from attorney they are trying to sell two pieces of real estate 7/23/18
follow up email 11/28/18, any updates??
1/23/19 received Probate Court of Butler Co. receipts and disbursement form from attorney
1/23/19 replied to email the Trustee would like $7681.56 turned over to his office
4/17/19 letter and email to attorney for funds to be turned over $7681.56
4/17/19 email from attorney that Debtor is having health issues
5/24/19 letter again to attorney that funds need to be turned over
7/2/19 telephone call to attorney, funds were turned over to Debtor without Trustee approval
7/2/19 motion for 2004 exam set up for 7/19/19 for Debtor to bring funds to Trustee

Initial Projected Date of Final Report (TFR): 12/30/2016     Current Projected Date of Final Report (TFR): 12/31/2019

Trustee Signature:     /s/ ERIC W. GOERING, Trustee     Date: 07/23/2019

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513) 621-0912
EricG@fuse.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-14714 | | Trustee Name: | ERIC W. GOERING, Trustee |
| Case Name: | RUTH ALICE COLWELL | | Bank Name: | |
| | | | Account Number/CD#: | |
| Taxpayer ID No: | | | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:  $0.00  $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ ERIC W. GOERING, Trustee    Date: 07/23/2019

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513) 621-0912
EricG@fuse.net

Page Subtotals:    $0.00    $0.00