**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 11, 2019**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **IN RE:** | Case No. 15-14714 |
| **RUTH A. COLWELL** | Chapter 7 |
| **Debtor** | **Judge Beth A. Buchanan** |

_____
### ORDER FIXING 2004 EXAMINATION
_____

This matter is before the Court on the Motion for a 2004 Examination of Ruth Colwell (Document #46) For good cause shown, an examination under FBR 2004 shall be held at the Law offices of Goering & Goering, 220 W. Third Street, Cincinnati, Ohio 45202 on the 28th day of August, 2019 at 10:00 a.m.

Notice having been served on all affected parties and no responses filed, the Court hereby GRANTS the Motion for 2004 Exam.

SO ORDERED

*/s/ Eric W. Goering*
Eric W. Goering 0061146


Copies to:

Default list