**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 12, 2019**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **IN RE:** | Case No. 15-14714 |
| **RUTH COLWELL** | **Chapter 7** |
| Debtor | **Judge Beth A. Buchanan** |

### AGREED ORDER REGARDING TURNOVER OF ESTATE FUNDS

Come now Eric W. Goering, Chapter 7 Trustee, Debtor Ruth Colwell and her counsel, Patricia Downing and agree to the following course of action regarding the turnover of inherited funds that are property of the estate pursuant to 11 USC 541:

1. The parties agree that the Debtor shall turnover to the Trustee $ 7,681.56 of inherited funds and court reporter fees of $ 120.00 for a total of $ 7,801.56.

2. The parties agree that the Debtor Ruth Colwell will pay $2,000.00 by September 6, 2019 and the balance of $ 5,801.56 by October 31, 2019.

3. In the event Debtor does not make the timely payments, the parties agree that her Discharge, which was entered on March 30, 2016, shall be vacated upon a Motion filed by the Trustee. The Debtor waives any and all defenses other than the payment were made timely.

SO ORDERED

*/s/ Eric W. Goering*
Eric W. Goering, Chapter 7 Trustee

*/s/ Ruth Colwell*
Ruth Colwell, Debtor

*/s/ Patricia Downing*
Patricia Downing, Attorney for Debtor

Copies to:

Default list